PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donell Horne                                    Cr.: 05-00080-001

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, United States District Court Judge

Date of Original Sentence: 7/27/00

Original Offense: Conspiracy to Distribute & Possession with Intent to Distribute more than 50 grams of Cocaine Base

Original Sentence: 48 months imprisonment followed by five years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/16/04

Assistant U.S. Attorney: to be assigned                    Defense Attorney: to be assigned

## PETITIONING THE COURT

[X] To issue a warrant to be used as a detainer with the N.J. Department of Corrections
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Donell Horne was arrested, on January 23, 2004, by the Passaic Police Department and charged with Possession of CDS, Possession with Intent to Distribute, Possession CDS with Intent to Distribute within 1000 feet of School, Possession CDS with Intent to Distribute within 500 feet Public Housing, Hindering Apprehension. On March 29, 2005, Horne pled guilty to Possession of CDS. He was sentenced, on June 10, 2005, in the Superior Court of New Jersey, Passaic County, to four years imprisonment to run concurrent with Indictment 05-01-0073-I. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender was arrested, on July 22, 2004, by the Passaic Police Department and charged with Possession CDS and Resisting Arrest. On March 29, 2005, Horne pled guilty to Possession of CDS. He was sentenced, on June 10, 2005, in the Superior Court of New Jersey, Passaic County, to four years imprisonment and ordered to pay several court fines to run concurrent with Indictment 04-07-0929-I. |

PROB 12C - Page 2
Donell Horne

I declare under penalty of perjury that the foregoing is true and correct.

By: Dina M. Violante
U.S. Probation Officer
Date: 9/12/05

THE COURT ORDERS:

[X] The Issuance of a Warrant to be used as a detainer with the N.J. Department of Corrections
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/21/05
Date