# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 05-80 (JLL) |
| v. | ORDER OF DISMISSAL |
| DONELL HORNE, | |

**THIS MATTER**, having come before the Court and upon the Government's motion to dismiss the violation of supervised release dated September 12, 2005, and no opposition having been made, it is hereby ORDERED that the violation against defendant, Donell Horne is DISMISSED; and, it is further,

ORDERED that defendant Donell Horne shall remain under the supervision of the United States Probation Office until January 15, 2009.

Dated: April 21, 2008

_____
JOSE L. LINARES, U.S.D.J.